**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHEET METAL WORKERS LOCAL**
**15 MEDICAL FUND, et al.,**

    **Plaintiffs,**

v.                                        Case No.  8:05-cv-1173-T-30MSS

**STATEWIDE SHEET METAL**
**FABRICATING, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Joint Motion for Voluntary Dismissal (Dkt. #7) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record